**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and benefit of PROGRESSIVE SERVICES, INC., d/b/a PROGRESSIVE ROOFING, </br></br>  Plaintiff, </br></br> v. </br></br> JMR CONSTRUCTION CORP. and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, </br></br> Defendants. </br></br> JMR CONSTRUCTION CORP. </br></br> Counterclaimant </br></br> v. </br></br> PROGRESSIVE SERVICES, INC. d/b/a PROGRESSIVE ROOFING, </br></br> Counterdefendant. | Civil Action No.: </br> 2:11-cv-03005-JAM-DAD </br></br></br></br> **ORDER** |

The parties to this action having filed in this Court a Joint Motion to Stay, and in light of the parties' agreement and stipulation that this matter should be stayed pending Plaintiff's pursuit of administrative remedies against the federal government, it is:

ORDERED AND ADJUDGED that this matter is hereby stayed until further notice, and it is further

2:11-cv-03005-JAM-DAD

**PROPOSED ORDER**

1   ORDERED AND ADJUDGED that all pre-trial and discovery deadlines are hereby vacated, and it is further

ORDERED AND ADJUDGED that Plaintiff shall provide this Court with a status update within fourteen (14) days following the conclusion of its pursuit of such administrative remedies.

SO ORDERED this 7th day of November, 2012.

/s/ John A. Mendez
HON. JOHN A. MENDEZ, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**Prepared by:**
MARTIN R. SALZMAN [GA Bar No. 623450]
HENDRICK PHILLIPS SALZMAN & FLATT
230 Peachtree Street, N.W., Suite 2500
Atlanta, Georgia 30303
Telephone: (404) 522-1410
Facsimile:  (404) 522-9545
mrs@hpsf-law.com

WAGER LAW OFFICES APC
Jerome A. Wager [106451]
The Wager Law Building
525 S. Escondido Boulevard
Escondido, California 92025
Telephone: (760) 743-0000
Facsimile:  (760) 743-0033
E-mail: jwager@wagerlaw.org

*Attorneys for Plaintiff and Counter-Defendant*
*PROGRESSIVE SERVICES, INC., d/b/a*
*PROGRESSIVE ROOFING*