**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PROGRESSIVE SERVICES, INC., d/b/a PROGRESSIVE ROOFING,<br><br>Plaintiff,<br><br>v.<br><br>JMR CONSTRUCTION CORP., NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE: 2:11-CV-03005-JAM-KJN (TEMP)**<br><br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Judge John A. Mendez |
| JMR CONSTRUCTION CORP.,<br><br>Counterclaimant,<br><br>v.<br><br>PROGRESSIVE SERVICES, INC. d/b/a PROGRESSIVE ROOFING, and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | |

1
2        The Court, having read the Joint Stipulation of Dismissal of the Parties filed herein,
3        IT IS HEREBY ORDERED that the above-captioned action and all counterclaims
4 therein be, and the same hereby are, dismissed with prejudice pursuant to FRCP
5 41(a)(1)(A)(ii).
6
7
8  DATED: January 29, 2016                /s/ JOHN A. MENDEZ
                                          **Hon. John A. Mendez**
                                          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28